THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS HOFFNER, Appellant.

Argued March 4, 1942; decided April 23, 1942.

*Harry G. Anderson, Samuel Bader, Mortimer De Groot, Joseph Lonergan* and *John F. X. Sheridan* for appellant.

*Charles P. Sullivan, District Attorney (Edmund C. Rowan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.